HOWELL v. BUTLER

No. 618P82.

Case below: 59 N.C. App. 72.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 December 1982.

McCAULEY v. AUSTIN

No. 562P82.

Case below: 58 N.C. App. 821.

Petition by defendants Thomas for discretionary review under G.S. 7A-31 denied 7 December 1982.

MERRITT v. CP&L

No. 593P82.

Case below: 58 N.C. App. 820.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 December 1982.

SOUTHERN RAILWAY CO. v. ADM MILLING CO.

No. 571P82.

Case below: 58 N.C. App. 667.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 December 1982.

STATE v. BIVINS

No. 609P82.

Case below: 58 N.C. App. 822.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 December 1982.